# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3252
LT Case Nos. 2021-CF-001052-A
2021-CF-001326-A
2021-CF-001327-A

_____

JOSEPH A.R. SINGH, II,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Joseph A.R. Singh, II, Lake Butler, pro se.

James Uthmeier, Attorney General, Tallahassee, and Kurt T. Koehler, Assistant Attorney General, Daytona Beach, for Appellee.

June 5, 2026

ON CONCESSION OF ERROR

PER CURIAM.

    Appellant appeals the trial court's order summarily denying his motion for return of personal property. Appellee, the State of

Florida, has filed a Concession of Error. We accept the Concession of Error, reverse the order, and remand for further proceedings.

REVERSED and REMANDED.

JAY, C.J., and SOUD and BOATWRIGHT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____